ETHEL H. TERRELL v. ALFRED TERRELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GERTRUDE SAMSON (Formerly Known as GERTRUDE SHULMAN), as Executrix, etc., of LOUIS SHULMAN, Deceased, v. JULIUS NELSON CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GLADYS LIEBERMAN v. MAURICE B. LIEBERMAN.— Motion for leave to appeal to the Court of Appeals and for a stay of execution on order of commitment denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

THEODORE KROELL, etc., v. DOUGLAS VOUGHT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LAZLO V. KEVICZKY v. ISADORE LORBER and DRY DOCK SAVINGS INSTITUTION, Impleaded, etc.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant-appellant Isadore Lorber filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

AMERICAN SCOTTI CORPORATION and Another v. HENRY POLLAK, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PETER P. BUSCH, as President of the United Construction Workers Organizing Committee, Local 91, C. I. O., an Unincorporated Association, v. A. D. LEWIS, as Chairman, and/or President or GARDINER H. WALES, as Comptroller and/or Treasurer of the United Construction Workers Organizing Committee, an Unincorporated Association.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for an extension of time to answer granted in so far as to extend the time until five days after service of order. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of COST VENDRAMIS, Stockholder in the SWORD STEAMSHIP LINE, INC., for the Appointment of Appraisers to Appraise the Value of His Stock.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY of the Trusts Created under the Last Will and Testament of HENRY C. WEST, Deceased, etc. WILLIAM J. DEMOREST, JR., and Others. EMMA M. WEST. CITY BANK FARMERS TRUST COMPANY, as Trustee, etc. MARIE ELIZABETH WEST JONES and Another.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 701.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

## (April 20, 1942.)

In the Matter of the Application of JOHN GERDES and Another, as Trustees v. CARROLL G. WALTER, as Justice of the Supreme Court of the State of New York and Others.— Motion [for order of prohibition] dismissed. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.